IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VERONICA LANGSTON : | |
| : | CIVIL ACTION NO. 02-CV-4157 |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| BAYER CORPORATION; : | ENTRY OF APPEARANCE |
| BAYER AG; : | |
| GLAXOSMITHKLINE, PLC; : | |
| GLAXOSMITHKLINE; : | |
| SMITHKLINE BEECHAM : | |
| : | |
| Defendants. : | |

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

    Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin Brennan and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,

_____      _____
Hope S. Freiwald      Aline Fairweather


_____      _____
Erin Brennan      Kirstin J. Miller


DECHERT PRICE & RHOADS
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793
(215) 994-4000